## WHITE v. STATE.
### No. 17946.

Court of Criminal Appeals of Texas.
Feb. 19, 1936.

Gus Morris and M. B. Briggs, both of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of whisky; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.

## LATHAM v. STATE.
### No. 17921.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

Floyd Harry, of Farmersville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of simple assault, and his punishment was assessed at a fine of $20.

The objections to the court's charge cannot be properly appraised, in view of the fact that there is no statement of facts and no bills of exception. Therefore, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.